ISAAC W. COLES, PLAINTIFF IN ERROR, v. MIDLAND TELEPHONE AND TELEGRAPH COMPANY, DEFEND-ANT IN ERROR.

Argued June 23, 1902—Decided November 17, 1902.

On error to the Supreme Court.

For the plaintiff in error, *E. Ambler Armstrong.*

For the defendant in error, *David J. Pancoast.*

PER CURIAM.

The judgment of the Supreme Court in this case is affirmed, for the reasons given by Mr. Justice Dixon in his opinion in that court, reported as *Coles* v. *Midland Telephone and Telegraph Co.,* 38 *Vroom* 490.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, COLLINS, FORT, GARRETSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM. 12.

*For reversal*—None.